MAY 1, 2001

No. 00–9601 (00A933).  MILLS *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Fla.  Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.  Certiorari denied.

MAY 14, 2001

No. 00–8283.  HAYES *v.* MILLS, WARDEN.  C. A. 6th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Artuz* v. *Bennett,* 531 U. S. 4 (2000).